**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHL VARIABLE INSURANCE CO., <br><br> Plaintiff, <br><br> v. <br><br> KRISTIAN GIORDANO; and THE BRITT-MARIE JOHNSON FAMILY INSURANCE TRUST, by and through its trustee, KASRA SADR, and DOES 1-100, <br><br> Defendants. | **Case No. 2:10-cv-02370-VBF-MAN** <br><br> Assigned to Hon. Valerie Baker Fairbank <br><br> **ORDER GRANTING STIPULATION OF DISMISSAL** <br><br> Date Filed: March 31, 2010 |

The Court, having considered the Stipulation of Dismissal filed by the parties, being fully advised and for good cause shown, is of the opinion that the motion should be granted as follows:

1. Phoenix's claims against Defendant Kristian Giordano shall be dismissed with prejudice to refiling of same; and
2. Each party shall bear its own costs and attorneys' fees.

1

3. The Court shall retain jurisdiction to enforce the parties' settlement agreement.

IT IS SO ORDERED.

Dated: June 30, 2011

*Valerie Baker Fairbank*
_____
HON. VALERIE BAKER FAIRBANK
U.S. DISTRICT COURT JUDGE